UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA JAI UNDERWOOD,

    Plaintiff,

v.                                                   Case No.:

GTE FEDERAL CREDIT UNION,

    Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendant GTE Federal Credit Union (hereinafter "Defendant"), by and through its undersigned attorneys, hereby gives notice that the civil action currently pending in the Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida, identified as *Angela Jai Underwood v. GTE Federal Credit Union*, Case No. 19-CA-003690, is removed to this Court without waiving any rights to which Defendant may be entitled, and says:

    1.    Pursuant to 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings, and process which have to date been served upon Defendant are attached as Exhibit A.

    2.    The Complaint in the above action was filed on April 9, 2019. Defendant received service of the Summons and Complaint on April 12, 2019. In compliance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days of Defendant ascertaining that this case is removable.

    3.    Removal of this action is proper under 28 U.S.C. §1441, the presence of a federal question. This is a civil action brought in a state court of which the district courts of the United

States have original jurisdiction because Plaintiff has alleged a violation of federal law in her Complaint.  Plaintiff has pled that Defendant retaliated against her for exercising her right to protected Family and Medical Leave in violation of 29 U.S.C. § 2601 *et seq*.  Plaintiff also claims that she was discriminated against on the basis of her alleged disability, race and age in violation of the Florida Civil Rights Act,  Fla. Stat. § 760.01, *et seq*.  This Court has supplemental jurisdiction of these claims pursuant to 28 U.S.C. §1367(a).

4. Because this Court has original jurisdiction over this action under 28 U.S.C. § 1331, this case is properly removable pursuant to 28 U.S.C. § 1441(a).

5. Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, Defendant's Notice to Plaintiff of Removal has been served upon attorneys for Plaintiff Jason W. Imler and Gary L. Printy, Jr., Printy & Printy, P.A., 3411 W. Fletcher Ave., Ste. A, Tampa, FL 33618.

6. Further, pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, along with Defendant's Notice of Removed Action, has been filed with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida.

WHEREFORE, Defendant requests this action currently pending in the Circuit Court for Hillsborough County, Florida be removed to the United States District Court for the Middle District of Florida.

/s/Angelique Groza Lyons
Angelique Groza Lyons, Esq., Fla. Bar No. 118801
alyons@constangy.com
Sean A. Douthard, Esq., Fla. Bar No. 102589
sdouthard@constangy.com
tampa@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840

Tampa, Florida  33601-1840
(813) 223-7166 / Fax:  (813) 223-2515
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2019, I electronically filed the foregoing document using CM/ECF, which will send a notice of electronic filing to the following:

Jason W. Imler, Esq.
Gary L. Printy, Jr.
Printy & Printy, P.A.
3411 W. Fletcher Ave., Ste. A
Tampa, FL 33618
garyjr@printylawfirm.com
Jason.imler@printylawfirm.com
Toni.harrold@printylawfirm.com

/s/Angelique Groza Lyons
Attorney